# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:09cv268

| | |
|---|---|
| JAMES F. DORMAN, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| GRAIN DEALERS MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the court's Motion for Hearing. Having considered the court's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion for Hearing is **GRANTED,** and this matter is calendared for oral arguments on January 22, 2010, at 3 p.m.

Signed: January 5, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge