# United States District Court
# For The Western District of North Carolina
# Asheville Division

JAMES F. DORMAN,

    Plaintiff(s),

vs.

GRAIN DEALERS MUTUAL ),

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv268

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2010 Order.

Signed: April 13, 2010

Frank G. Johns, Clerk
United States District Court